AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | District of | New York |

Kwei Eng Tan a/k/a Gui Ying Chen
        Plaintiff (s),

V.

Tool Fah Kong
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 14-cv-0294 (BMC)

Notice is hereby given that, subject to approval by the court, __Tool Fah Kong__ substitutes
(Party (s) Name)

__Edward J. Cuccia, Esq.__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Jian Hang, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Ferro & Cuccia
    Address: 100 Lafayette Street, Suite 201, New York, NY 10013
    Telephone: (212) 966-7775     Facsimile (212) 966-0338
    E-Mail (Optional): edward@ferroandcuccia.com

I consent to the above substitution.
Date: 4/21/2014
                             (Signature of Party (s))

I consent to being substituted.
Date: 4/21/2014
                             (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/21/2014
                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/22/14                       Digitally signed by Brian M. Cogan *
                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

\* Only upon the understanding that incoming counsel must comply with all discovery and other obligations previously imposed.