FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ MAY 0 6 2014 ★

BROOKLYN OFFICE

RCVD 5/30/14
J.P.

```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653073721
Cashier ID: riquelme
Transaction Date: 05/06/2014
Payer Name: EDWARD CUCCIA
----------------------------------
SANCTIONS/CONTEMPT FINES
 For: EDWARD CUCCIA
 Case/Party: D-NYE-1-14-CV-000294-000
 Amount:         $200.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $200.00
----------------------------------
Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00
```